UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
CANSES JADE SUMMER BETANCES, :
:
Plaintiff, :
: 24 Civ. 6141 (JPC)
-v- :
: ORDER
MARTIN O'MALLEY, Commissioner of the Social :
Security ADMINISTRATION, :
:
Defendant. :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On September 3, 2024, the Court ordered the parties to confer about whether they are willing to consent to proceed before Magistrate Judge Henry J. Ricardo. Dkt. 5. That Order also directed the parties to either submit to the Orders & Judgments Clerk a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form or to submit a joint letter informing the Court that the parties do not consent to proceed before Judge Ricardo. The deadline for the parties' submission was September 17, 2024, but the docket does not reflect the entry of either an executed consent form or a joint letter. The Court *sua sponte* extends the parties' deadlines to September 20, 2024.

SO ORDERED.

Dated: September 19, 2024
       New York, New York
                                                    _____
                                                    JOHN P. CRONAN
                                                    United States District Judge