**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
CANSES JADE SUMMER BETANCES,

                Plaintiff,                24 **CIVIL** 6141 (HJR)

   -v-                        **JUDGMENT**

CAROLYN COLVIN,
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated December 4, 2024, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. 405(g), for further administrative proceeding, including the opportunity for a new hearing and issuance of a new decision.

**Dated:**  New York, New York
          December 4, 2024

                                                  **TAMMI M. HELLWIG**
                                                   _____
                                                      **Clerk of Court**

                               **BY:**    *K. Mango*
                                                     _____
                                                      **Deputy Clerk**